1 | LAWRENCE G. BROWN
United States Attorney
2 | IAN L. GARRIQUES
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000
5
6
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE
9                EASTERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,     )   Case No. 01:09-CR-00227 OWW
                                  )
12 |            Plaintiff,     )   MOTION AND ORDER TO DISMISS
                                  )   INDICTMENT
13 |     v.                           )
                                  )
14 | RIGOBERTO CASTREJON-TELLES,   )
                                  )
15 |            Defendant.     )
_____ )
16
17      Pursuant to Federal Rule of Criminal Procedure 48(a),
18 Plaintiff United States of America, by and through its attorneys
19 of record, LAWRENCE G. BROWN, United States Attorney, and IAN L.
20 GARRIQUES, Assistant United States Attorney, hereby seek leave of
21 court and move to dismiss the indictment in this case without
22 prejudice, as to the above-named defendant, in the interest of
23 justice.
24 DATED: August 10, 2009          Respectfully submitted,
                                   LAWRENCE G. BROWN
25                                    United States Attorney
26                       By:   /s/ Ian L. Garriques
                                   IAN L. GARRIQUES
27                                    Assistant U.S. Attorney
28

**ORDER**

   **IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated:    August 10, 2009             /s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE